IVOR E. SAMSON (SBN 52767)
MANUEL ALVAREZ JR. (SBN 253874)
SONNENSCHEIN NATH & ROSENTHAL LLP
525 Market Street, 26th Floor
San Francisco, CA 94105
Telephone: (415) 882-5000
Facsimile:  (415) 882-0300
malvarez@sonnenschein.com

Attorneys for Plaintiff
GABRIEL RALPH REYES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL RALPH REYES, an individual,<br><br>  Plaintiff,<br><br>  vs.<br><br>MICHAEL CLIFTON SAYRE, DWIGHT WALTER WINSLOW, SUE ELLEN RISENHOOVER, MAUREEN MCLEAN, CLAUDIA S. MARTINEZ, ACEL K. THACKER, NOLA GRANNIS, R. FLOTO, JOSEPH KRAVITZ, C. GOROSPE, JAMES EDWARD FLOWERS and DOES 1 - 10, individually and in their official capacities,<br><br>  Defendants. | No. C-07-1449 PJH<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT ROBERT HOREL** |

-1-

No. C-07-1449 PJH                                                                 NOTICE OF VOLUNTARY
                                                                                             DISMISSAL OF ROBERT HOREL

**TO DEFENDANTS AND THEIR ATTORNEYS OF RECORD:**

Please take notice that Plaintiff Gabriel Ralph Reyes hereby voluntarily dismisses Defendant Robert Horel from this action.

Respectfully submitted,

Dated: November 20, 2008     SONNENSCHEIN NATH & ROSENTHAL LLP

_____/s/_____
MANUEL ALVAREZ JR.
Attorneys for Plaintiff

27312510\V-1



11/21/08

IT IS SO ORDERED
Judge Phyllis J. Hamilton

-2-

No. C-07-1449 PJH                               NOTICE OF VOLUNTARY
                                                DISMISSAL OF ROBERT HOREL