IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL R. REYES,<br><br>    Plaintiff,<br><br>    v<br><br>ROBERT HOREL,<br><br>    Defendants. | Case No C 07-1449 PJH<br><br>REPORT OF PRO SE PRISONER EARLY SETTLEMENT PROCEEDING |

    A settlement conference in this matter was held on <u>January 29, 2009</u>. The results of that proceeding are indicated below:

(1)    The following individuals, parties, and/or representatives participated in the proceeding, each possessing the requisite settlement authority:

    ☒  Plaintiff

    ☐  Warden or warden's representative

    ☒  Office of the California Attorney General Jay Russell

    ☒  Other: California Department of Corrections and Rehabilitation, Counsel for Plaintiff, Manuel Alvarez, Dr. Agyeman and Jason Gatchalian for CDCR

(2)  The following individuals, parties, and/or representatives did not appear:

(3)  The outcome of the proceeding was:

☐ The case has been completely settled.

☐ The case has been partially resolved and, on or before _____, counsel for defendants shall file a joint stipulation specifying those claims which have been resolved and those that remain to be resolved by the Court.

☐ The parties agree to an additional follow up settlement on _____.

☒ The parties are unable to reach an agreement at this time.

Date: 2/2/09                                   _____
                                               Nandor J Vadas
                                               United States Magistrate Judge