EDMUND G. BROWN JR.
Attorney General of California
DAVID S. CHANEY
Chief Assistant Attorney General
ROCHELLE C. EAST
Senior Assistant Attorney General
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
JAY C. RUSSELL (State Bar No. 122626)
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5717
 Fax:  (415) 703-5843
 E-mail:  Jay.Russell@doj.ca.gov

Attorneys for Defendants

STEVEN H. FRANKEL (State Bar No. 171919)
MANUEL ALVAREZ JR. (State Bar No. 253874)
SONNENSCHEIN NATH & ROSENTHAL LLP
 525 Market Street, 26th Floor
 San Francisco, CA  94105
 Telephone:  (415) 882-5000
 Fax: (415) 882-0300
 E-mail: malvarez@sonnenschein.com

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL RALPH REYES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL CLIFTON SAYRE, DWIGHT WALTER WINSLOW, SUE ELLEN RISENHOOVER, MAUREEN MCLEAN, CLAUDIA S. MARTINEZ, ACEL K. THACKER, NOLA GRANNIS, R. FLOTO, JOSEPH KRAVITZ, C. GOROSPE, JAMES EDWARD FLOWERS and DOES 1 - 10,<br><br>Defendants. | No. C-07-1449 PJH<br>  ORDER DENYING<br>**STIPULATION AND REQUEST FOR ORDER RESETTING PRETRIAL SCHEDULE** |

**WHEREAS** the parties have been focusing their energies on settlement negotiations since their initial attempt before Magistrate Judge Vadas;

**WHEREAS** the parties have reached a tentative agreement on some essential terms of a settlement;

**WHEREAS** the parties are near finalizing the written terms and other particulars of a settlement agreement;

**WHEREAS** the parties have a good faith belief that a settlement will be finalized;

**NOW THEREFORE** the parties respectfully ask this Court to reset the dates set by the Court's November 17, 2008 Case Management and Pretrial Order as follows, or as the Court may reasonably accommodate:

TRIAL DATE: Monday, **March 22, 2010**, at 8:30 a.m., Courtroom 3, 17th Fl.
            JURY [x]        COURT []

TRIAL LENGTH: No more than **4** days.

PRETRIAL CONFERENCE DATE: **March 15, 2010**

DISPOSITIVE MOTIONS (Only one summary judgment motion per party is permitted without leave of court) TO BE HEARD BY: **January 22, 2010**.

NON-EXPERT DISCOVERY CUTOFF: **November 6, 2009**.

DISCLOSURE OF EXPERTS (retained and non-retained) : **October 5, 2009**.

EXPERT DISCOVERY CUTOFF: **December 4, 2009**.

6/29/09

DENIED
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

-2-

|   |   |
|---|---|
|   | Respectfully submitted, |
| Dated:  June 26, 2009 | EDMUND G. BROWN JR.<br>Attorney General of California<br>MICHAEL W. JORGENSON<br>Supervising Deputy Attorney General |
|   | /s/ Jay C. Russell<br>JAY C. RUSSELL<br>Deputy Attorney General<br>Attorneys for Defendants Risenhoover, Thacker, Martinez, Sayre, McLean, Grannis, Floto, Kravitz, Gorospe, Flowers, and Winslow |
| Dated:  June 26, 2009 | SONNENSCHEIN NATH & ROSENTHAL LLP |
|   | /s/ Manuel Alvarez Jr.<br>MANUEL ALVAREZ JR.<br>Attorneys for Plaintiff Gabriel R. Reyes |

-3-