UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GABRIEL R. REYES,

    Plaintiff(s),

v.

ROBERT HOREL, et al.,

    Defendant(s).
_____/

No. C 07-1449 PJH

**ORDER**

Before the court is a stipulation and request by the parties for an order resetting the pretrial schedule in this case.  It was not accompanied by a proposed order.  As the court advised in the case management and pretrial order filed on November 17, 2009, the parties may not modify a pretrial date by stipulation and if the modification sought is an extension of a pretrial deadline, the modification must be sought before the expiration of the deadline.  In their stipulation the parties seek to extend not only the dates for pretrial and trial, but dates for disclosure of experts, and the deadlines for both fact and expert discovery, all dates which have passed.  Moreover, the parties ignore the court's instruction that dispositive motions are heard 120 days before trial and instead stipulate to a dispositive motions hearing date that is 60days before the proposed new trial date.  As such, the court declines to approve the parties's stipulation.  If the parties wish to obtain an extension of dates, they shall contact the courtroom clerk of the undersigned and request a case management conference at which scheduling may be addressed.

**IT IS SO ORDERED.**

Dated: June 29, 2009

_____
PHYLLIS J. HAMILTON
United States District Judge