EDMUND G. BROWN JR.
Attorney General of California
MICHAEL W. JORGENSON
Supervising Deputy Attorney General
JAY C. RUSSELL
Supervising Deputy Attorney General
State Bar No. 122626
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5717
 Fax:  (415) 703-5843
 E-mail: Jay.Russell@doj.ca.gov
*Attorneys for Defendants Thacker, Kravitz, Gorospe, Flowers, Martinez, Floto, and Grannis*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **GABRIEL R. REYES,**<br><br>Plaintiff,<br><br>v.<br><br>**ROBERT HOREL, et al.,**<br><br>Defendants. | C 07-1449 PJH (PR)<br><br>**NOTICE OF SETTLEMENT AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Judge            Honorable Phyllis J. Hamilton<br>Action Filed:   March 13, 2007 |

The parties notify the Court that a settlement has been reached and has been fully executed in this matter.

Further, Plaintiff and Defendants stipulate, through their counsel of record, that this case be dismissed with prejudice under Federal Rule of Civil Procedure 41(a)(1)(ii).  The parties further agree that all parties will bear their own costs and fees.

Date: July 27, 2009                                           SONNENSCHEIN, NATH & ROSENTHAL LLP

                                                                         By:    /s/ Manuel Alvarez, Jr.
                                                                                    Manuel Alvarez, Jr.
                                                                                    Attorneys for Plaintiff Gabriel Reyes

1

| | | |
|---|---|---|
| 1 | | |
| 2 | Date: July 24, 2009 | EDMUND G. BROWN JR.<br>Attorney General of the State of California |
| 3 | | |
| 4 | | |
| 5 | | By:  ___/s/ Jay C. Russell_____<br>       Jay C. Russell<br>       Deputy Attorney General |
| 6 | | Attorneys for Defendants Thacker, Kravitz, Gorospe, Flowers, Martinez, Floto, and Grannis |
| 7 | | |
| 8 | | |
| 9 | IT IS SO ORDERED. | |
| 10 | Date: 7/29/09 | _____<br>The Honorable Phyllis J. Hamilton<br>U.S. District Judge |
| 11 | | |
| 12 | SF2007200599<br>20213259.doc | |

*[Court seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA. Stamp: "IT IS SO ORDERED" signed by Judge Phyllis J. Hamilton]*

## DECLARATION OF SERVICE BY U.S. MAIL

Case Name:   G. Reyes v. R. Horel, et al.
No.:   C 07-1449 PJH (PR)

I declare:

I am employed in the Office of the Attorney General, which is the office of a member of the California State Bar, at which member's direction this service is made. I am 18 years of age or older and not a party to this matter. I am familiar with the business practice at the Office of the Attorney General for collection and processing of correspondence for mailing with the United States Postal Service. In accordance with that practice, correspondence placed in the internal mail collection system at the Office of the Attorney General is deposited with the United States Postal Service that same day in the ordinary course of business.

On July 28, 2009, I served the attached

### NOTICE OF SETTLEMENT AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

by placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the internal mail collection system at the Office of the Attorney General at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA  94102-7004, addressed as follows:

**Gabriel Ralph Reyes, C-88996**
**Pelican Bay State Prison**
**P.O. Box 7500**
**Crescent City, CA  95532**
*Pro Per*

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on July 28, 2009, at San Francisco, California.

| T. Oakes | /s/ T. Oakes |
|---|---|
| Declarant | Signature |

SF2007200599
20213596.doc